FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 06, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VERONICA MENDIOLA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHNSON & JOHNSON and ETHICON INC.,<br><br>　　　　　　　　Defendants. | No.   4:21-cv-05084-SMJ<br><br>**ORDER DISMISSING CASE** |

On January 5, 2022, the parties filed a stipulated dismissal, ECF No. 18. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED**:

**1.**   The parties' Joint Stipulation of Dismissal with Prejudice, **ECF No. 18**, is **GRANTED**.

**2.**   All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorney fees.

**3.**   All pending motions are **DENIED AS MOOT**.

**4.**   All hearings and other deadlines are **STRICKEN**.

//

//

ORDER DISMISSING CASE – 1

//

**5.**  The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 6th day of January 2022.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2